IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CASTANEDA, an individual; and SIMON CASTANEDA, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, et al.,<br><br>    Defendants. | 1:08-cv-01532-AWI-SMS<br><br>**ORDER SETTING EARLY SETTLEMENT CONFERENCE:**<br><br>**Date:  2/12/09**<br>**Time:  10:00am**<br>**Ctrm:  9 ~ 6th Floor**<br>**Judge: Hon. Dennis L. Beck** |

This matter was on calendar for a Scheduling Conference on December 2, 2008 at 9:15 a.m. before the Honorable Sandra M. Snyder, Chief United States Magistrate Judge. Barbrae A. Lundberg, Esq., appeared telephonically on behalf of plaintiffs. Steve M. McQuillan, Esq., of Jacobson, Hansen, Najarian & McQuillan appeared on behalf of defendant.

Pursuant to the stipulation of counsel, an Early Settlement Conference is set for February 12, 2009 at 10:00 a.m. in Courtroom No. 9 on the Sixth Floor before the Honorable Dennis L. Beck, United States Magistrate Judge.

Unless otherwise permitted in advance by Judge Beck, **the attorneys who will try the case shall personally appear** at the Settlement Conference **with the parties** and the person or persons

1

having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

Permission for a party *[not attorney]* to attend by telephone[2] may be granted by Judge Beck upon request, by letter, with a copy to the other parties, IF the party lives and works outside the Eastern District of California, AND attendance in person would constitute a hardship.  If telephone attendance is allowed, **the party must be** *immediately* **available throughout the conference, until excused, regardless of time zone differences**.  Any other special arrangements desired in cases where settlement authority rests with a governing body shall also be proposed, in advance, by letter, and copied to all other parties.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

Confidential Settlement Conference Statements are **MANDATORY**, and must be submitted to Judge Beck's chambers, **at least five (5) court days prior to the Settlement Conference**, or by February 5, 2009, by e-mail to DLBOrders@caed.uscourts.gov.  Failure to comply may result in the imposition of monetary and/or other sanctions.

The Statement should **not be filed** with the Clerk's Office nor **served on any other party**, although the parties may file a Notice of Lodging Confidential Settlement Conference Statement.  Each Statement shall be clearly marked "Confidential" with the date and

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors, or the like, shall be represented by a person or persons who occupy high executive positions in the party organization, and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible, the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

[2] Defendant's representatives are GRANTED permission to appear telephonically, regardless of time zone differences, as there have been and will continue to be ongoing settlement negotiations.

1  time of the Settlement Conference indicated prominently thereon.
2  Counsel are urged to request the return of their Statements if
3  settlement is not achieved and, if such a request is not made, the
4  Court will dispose of the Statement.
5       The Confidential Settlement Conference Statement shall
6  include the following:
7       A.   A brief statement of the facts of the case.
8       B.   A brief statement of the claims and defenses, i.e., statutory
9  or other grounds upon which the claims are founded; a forthright
10 evaluation of the parties' likelihood of prevailing on the claims and
11 defenses; and, a description of the major issues in dispute.
12      C.   A summary of the proceedings to date.
13      D.   An estimate of the cost and time to be expended for
14 further discovery, pretrial, and trial.
15      E.   The relief sought.
16      F.   The party's position on settlement, including present
17 demands and offers, and a history of past settlement discussions,
18 offers, and demands.
19      If the case does not settle, a follow-up Scheduling
20 Conference is set for March 12, 2009 at 9:00 a.m. before Judge
21 Snyder, for which the parties are directed to file, by March 5,
22 2009, an Amended Joint Scheduling Report in compliance with the
23 court's initial Order Setting Mandatory Scheduling Conference
24 (Doc. 4) and, specifically, Exhibit "A" attached thereto.
25 IT IS SO ORDERED.
26 **Dated:   December 4, 2008**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE
27
28